IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00376-CMA-KLM

DANTE FITZGERALD, a Minor by and through his mother and next friend, SANDRA FITZGERALD,

    Plaintiff,

v.

WAL-MART STORES, INC., and
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 16), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED at Denver, Colorado, this  25th  day of October, 2011.

                                                                                             BY THE COURT:

                                                                                             */s/ Christine M. Arguello*

                                                                                  CHRISTINE M. ARGUELLO
                                                                                  United States District Court Judge